HARVEY KUNSELMAN V. STATE OF NEBRASKA.

FILED JANUARY 15, 1930. No. 26948.

*J. E. Willits,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY and DAY, JJ., and DINEEN, District Judge.

PER CURIAM.

This is a proceeding in error brought to this court by Harvey Kunselman for a review of the judgment of the district court for Adams county wherein he was convicted of the crime of burglary.

We have carefully considered the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.